IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:25-CR-58-D-BM-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>REGINALD LEE JONES, JR.,<br>Defendant. | ORDER |

Before the Court is an unopposed motion by the Defendant to reset the deadline to file pretrial motions and an unopposed motion to continue the arraignment in this matter. Having considered the premises advanced in the motion, finding that denial of the Motion would deny counsel for the Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and finding that allowance of the motion would serve the ends of justice and such allowance would also outweigh the best interest of the public and the Defendant in a speedy trial, the motion is ALLOWED, and the deadlines are extended and continued as follows:

a. The deadline for filing of pretrial motions is hereby set to and including February 3, 2026;
b. The deadline for responses to pretrial motions shall be filed no later than February 17, 2026; and
c. Arraignment is set for the term of criminal court commencing on March ____, 2025.

The court finds that the ends of justice served by granting this extension outweigh the best interests of the public and the defendant in a speedy trial. The period of delay necessitated by this extension is excluded from speedy trial computation pursuant to 18 U.S.C. § 3161(h).

SO ORDERED. This _8_ day of December, 2025.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE